BENJAMIN B. WAGNER
United States Attorney
NICHOLAS M. FOGG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-00549-CKD |
| | ) | |
| Plaintiff, | ) | **AMENDED ORDER TO SHOW CAUSE AND** |
| | **)** | **ORDER TO ISSUE NOTICE TO APPEAR** |
| | ) | **RE: PROBATION REVOCATION** |
| v. | ) | |
| | ) | |
| TERESA I. MARTIN, | ) | |
| | ) | |
| Defendant. | ) | |

It is Hereby Ordered that the defendant appear on February 28, 2013, at 9:30 a.m. to show cause why the probation granted on March 1, 2012, should not be revoked or extended for the defendant's failure to pay her court-ordered fine. The Clerk's Office shall issue a Notice to Appear directing the defendant to appear on February 28, 2013, at 9:30 a.m. in courtroom 24.

IT IS SO ORDERED.

Dated: February 22, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE